■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLAS VASSELL, Appellant. [896 NYS2d 909]—Appeal by the defendant from a judgment of the County Court, Nassau County (Jaeger, J.), rendered January 19, 2007, convicting him of assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that his conviction was not supported by legally sufficient evidence is unpreserved for appellate review, as defense counsel made a generalized motion for a trial order of dismissal at the close of the People's case (*see* CPL 470.05 [2]; *People v Hawkins*, 11 NY3d 484, 492 [2008]. In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt.

Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633, 644-645 [2006]).

The defendant's remaining contentions are without merit. Covello, J.P., Miller, Chambers and Lott, JJ., concur.